AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kenneth S. Sales, <br> *Plaintiff(s),* <br> v. <br> Res-Care, Inc., Arbor E&T, LLC, and Lisa Giacco, individually and as an employee and/or agent of Res-Care, Inc., <br> *Defendant(s).* | Civil Action No. 3:18-3591-JFA-JDA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff *(name)* _____

■ **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendants, Res- Care, Inc., Arbor E&T, LLC and Lisa Giacco, individually and as an employee and/or agent of Res-Care, Inc. as to both Federal and State Law claims and Kenneth S. Sales, plaintiff shall take nothing and this action is dismissed with prejudice.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding adopting in part the Report and Recommendations set forth by the Honorable Jacquelyn D. Austin, United States District Magistrate Judge that defendants' motion for summary judgment be granted on all Federal Claims.  The Court declines to adopt the Report and Recommendation as to the State Law claims and grants defendants' motion for summary judgment.

Date:   March 30, 2021

*ROBIN L. BLUME,  CLERK OF COURT*

s/Mary L. Floyd

_____
*Signature of Clerk or Deputy Clerk*